# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Radhakrishnan Ramamurthy,** | ) | **CASE NO. 1:17 CV 339** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Stillwater Insurance Co., et al.,** | ) | **Order of Remand** |
| | ) | |
| **Defendant.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting Plaintiffs Radhakrishnan Ramamurthy and Suvarna Pappu's Motion for Remand (Doc. 8), hereby remands this matter to the Cuyahoga County Common Pleas Court.

IT IS SO ORDERED.

                                                  /s/ Patricia A. Gaughan
                                                  PATRICIA A. GAUGHAN
Dated: 4/11/17                           United States District Judge